UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNN SILKER-MARAS,<br><br>             Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | No. 05-CV-0090-MWL<br><br>ORDER FOR STIPULATED REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 14). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 4). After considering the stipulation,

**IT IS ORDERED** that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will re-evaluate the medical evidence as a whole and in particular the opinion of Dr. Bot. The ALJ will re-evaluate Plaintiff's residual functional capacity. The ALJ will perform a new step four, and if necessary, step five analyses. The ALJ may perform further development and conduct further proceedings as necessary.

ORDER FOR STIPULATED REMAND - 1

1 | The court reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:** Judgment shall be entered for the **PLAINTIFF**. An application for attorney fees may be filed by separate motion. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED this 24th day of October 2005.

                                  S/ Michael W. Leavitt
                                  MICHAEL W. LEAVITT
                             UNITED STATE MAGISTRATE JUDGE